U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 2 2002

CLERK, U.S. DISTRICT COURT
By _____
   Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD LEWIS LAGRONE, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 4:99-CV-521-X |
| GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division | § | |
| Respondent. | § | |



## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, & RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISCIPLINE OF ATTORNEY TRAVIS RICHARD ALLEY

After extensive review of the Findings, Conclusions, and Recommendations of United States Magistrate Judge Bleil in this matter, as well as the record, the District Court accepts the findings and conclusions of Judge Bleil made on November 2, 2000, and follows his recommendations with some modification, as follows:

1. Attorney Travis Richard Alley is hereby reprimanded for his conduct in this case and his lack of candor with the Court when he made application for Criminal Justice Act court appointments.

2. Attorney Travis Richard Alley is permanently removed as counsel in this civil action.

3. Attorney Travis Richard Alley's membership in the bar of the Northern District of Texas is hereby suspended pursuant to Local Civil Rule 83.8(b) for violations of sections (b)(1), (3), (4), and (5) of that Rule. This suspension shall continue until

such time as attorney Alley makes re-application for membership, fully disclosing the details of all disciplinary actions taken against him, including this one. Appended to such application shall be a copy of Judge Bleil's Findings, Conclusions, & Recommendations, filed on November 2, 2000, and a copy of this Order. This being a Fort Worth case, involving a Fort Worth lawyer, such re-application, if any, shall be made in the Forth Worth Division of the Northern District of Texas.

4. Although probably justified, the District Court declines to order repayment of attorney's fees or assess a fine.

SO ORDERED this 21st day of January, 2002.

*Joe Kendall*
JOE KENDALL
UNITED STATES DISTRICT JUDGE